IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| LEWIS C. TATUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:11-cv-03039-JPM-dkv |
| ) | |
| ALLENBERG COTTON COMPANY; and ) | |
| MEMPHIS COMPRESS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on the parties' Joint Stipulation of Dismissal (ECF No. 22), filed June 18, 2013,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal, all claims by Plaintiff against Defendants are hereby DISMISSED WITH PREJUDICE with each party to bear its own attorneys' fees, costs, and expenses.

APPROVED:

s/ Jon P. McCalla
JON P. McCALLA
CHIEF U.S. DISTRICT JUDGE

June 18, 2013
Date